IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CLAYTON DUNHAM,

    Petitioner,                    No. CIV S-07-0173 DFL DAD P

    vs.

D.K. SISTO, et al.,

    Respondents.                ORDER

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice require the appointment of counsel at the present time.

        Petitioner has also requested a 120-day extension of time to file a traverse pursuant to the court's February 5, 2007 order. Petitioner alleges he was put in administrative segregation on March 20, 2007, and has been unable to obtain all of his legal property. Petitioner further alleges that he will be held in administrative segregation for ninety more days. Good cause appearing, petitioner's request for an extension of time will be granted.

/////

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. Petitioner's April 5, 2007 request for appointment of counsel is denied;

3       2. Petitioner's April 5, 2007 request for a 120-day extension of time is granted;

4 and

5       3. Petitioner is granted 120 days from the date of this order in which to file a

6 traverse.

7 DATED: April 19, 2007.

```
                                    /s/ Dale A. Drozd
                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE
```

DAD:9:mp
dunh0173.110.111