IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CLAYTON DUNHAM,

    Petitioner,                    No. CIV S-07-0173 RRB DAD P

    vs.

D.K. SISTO, et al.,

    Respondents.                <u>ORDER</u>

         Petitioner has filed his second request for an extension of time to file his traverse. Good cause appearing, the request will be granted. However, no further extensions of time will be granted for this purpose.

         IT IS HEREBY ORDERED that:

         1. Petitioner's August 13, 2007 request for an extension of time (Doc. 14) is granted; and

         2. Petitioner is granted thirty days from the date of this order in which to file his traverse. No further extensions of time will be granted.

DATED: August 20, 2007.

                                                          *Dale A. Drozd*
                                                          DALE A. DROZD
                                                          UNITED STATES MAGISTRATE JUDGE

DAD:9
dunh0173.36sec